1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHRYN A. LUKENBILL, | ) | 1:10-cv-01003 LJO SKO |
| Plaintiff, | ) | |
| | ) | **NEW CASE NUMBER** |
| v. | ) | |
| | ) | 1:10-cv-01003 LJO DLB |
| DEPARTMENT OF THE U.S. | ) | |
| AIR FORCE, et.al. | ) | |
| | ) | ORDER OF RECUSAL |
| | ) | |
| Defendants. | ) | |
| | ) | |

It appears to the undersigned, the judge to whom this case is presently assigned, that

disqualification pursuant to 28 U.S.C. 455 is appropriate in this matter.

IT IS THEREFORE ORDERED that the undersigned recuses herself as the judge to whom

this case is assigned.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge

for all further proceedings, making appropriate adjustments in the assignments of civil cases to

compensate for such reassignment.

IT IS FURTHER ORDERED that this case is reassigned to the Honorable Dennis L. Beck,

United States Magistrate Judge.  All future pleadings filed with the court shall use the

1

1 | following case number:

2 | **1:10-cv-01003 LJO DLB**

3 |     Failure to use the correct case number may result in a delay in the document being received

4 | by the correct judicial officer.

5 |

6 |

   IT IS SO ORDERED.

7 |

**Dated:**    **August 27, 2010**                     **/s/ Sheila K. Oberto**

8 |                                        UNITED STATES MAGISTRATE JUDGE